UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, A.B. AND JESSIE POLINSKY CHILDREN'S CENTER, SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY,<br><br>Defendants. | Case No.: 15cv1868-MMA- NLS<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

On March 25, 2020, the Court held a status conference. ECF No. 94. The parties had previously requested that the Court continue to stay discovery pending a potential filing for a Writ of Certiorari to the United States Supreme Court. ECF No. 90. The parties filed a joint status report as to the current state of discovery in the case at the Court's request and the Court held a telephonic status conference. ECF No. 93. Pursuant to the discussion during the conference, the Court finds that the request to stay discovery would be more appropriately brought as a motion to stay the entire case, pending the

petition for cert.  Accordingly, the Court sets a deadline of **April 8, 2020** for the parties to file a motion to stay the case.

**IT IS SO ORDERED.**

Dated:  March 25, 2020

Hon. Nita L. Stormes
United States Magistrate Judge