# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JESSIE POLINSKY CHILDREN'S CENTER; and SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY,<br><br>    Defendants. | Case No. 15-cv-1868-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION PENDING RESOLUTION OF PLAINTIFF'S PETITION FOR WRIT OF CERTIORARI**<br><br>[Doc. No. 96] |

The parties jointly move to stay this action pending a resolution of Plaintiff's forthcoming Petition to the United States Supreme Court for a Writ of Certiorari of this Court's order denying class certification ("Petition"). *See* Doc. No. 96. Weighing the competing interests, the Court **GRANTS** the parties' joint motion and **STAYS** this action pending a resolution of Plaintiff's Petition. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) ("A district court has discretionary power to stay proceedings in its own court . . . ."); *id.* at 1110 (listing the "competing interests" weighed when deciding

whether to issue a stay).  The Court **ORDERS** that the parties submit a joint status report within **5 days** of the Petition's resolution.

**IT IS SO ORDERED**.

Dated: April 2, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge