UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER, on behalf of himself and all others similarly situated,<br><br>                                 Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, A.B. AND JESSIE POLINSKY CHILDREN'S CENTER, SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY,<br><br>                                 Defendants. | Case No.: 15cv1868-MMA- NLS<br><br>**ORDER**<br><br>  (1) **FOR STATUS REPORT**<br><br>  (2) **SETTING STATUS CONFERENCE VIA VIDEOCONFERENCE** |

      This case was previously stayed pending Plaintiff's Petition for Writ of Certiorari. ECF No. 97. On October 13, 2020, the parties notified the Court that the Petition for Writ has been denied. ECF No. 100. Accordingly, the Court **ORDERS** as follows:

      1.      The parties previously filed a status report with the Court as to the state of discovery in the case. ECF No. 93. The Court now **ORDERS** the parties to file an updated joint status report, to outline what discovery remains in the case. Parties should include what claims Plaintiff seeks to add to the complaint and what additional discovery

would be required should leave to amend be granted.  This report shall be filed on or before **October 26, 2020**.

    2.    Counsel must appear on **October 28, 2020** at **10:00 am** before Magistrate Judge Stormes for a further status conference via videoconference.  To facilitate the videoconference, the parties shall abide by the following procedures:

    a. The Court will use its official Zoom video conferencing account to hold the conference.  **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings).  Participants **must use laptops or desktop computers** for the conference.  Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the conference.[1]  There is a cost-free option for creating a Zoom account.

    b. Prior to the start of the conference, the Court will email each participant an invitation to join a Zoom video conference.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation.  All participants will be placed in a waiting room until the conference begins.

    c. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the conference to ensure that the

---

[1] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

conference begins promptly at 10:00 a.m.  **The Zoom e-mail invitation may indicate an earlier start time, but the conference will begin at the Court-scheduled time.**

    d. No later than **October 26, 2020**, counsel for each party shall send an e-mail to the Court at efile_stormes@casd.uscourts.gov containing the following:

        i. The **name and title of each participant**,

        ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

        iii. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

**IT IS SO ORDERED.**

Dated:  October 21, 2020

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge