1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., *a minor by and through his Guardian Ad Litem, Helen Garter, on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 15-cv-1868-MMA (NLS)<br><br>**ORDER GRANTING EX PARTE MOTION TO STRIKE**<br><br>[Doc. No. 110] |

On December 1, 2020, Defendant County of San Diego (the "County") filed a motion to strike exhibits A and B in opposition to Plaintiff's motion for leave to file a second amended complaint. According to the County, these exhibits inadvertently contain references to Minor Plaintiff's date of birth and address. The County also seeks to replace exhibits A and B with redacted versions (Doc. Nos. 110-1 and 110-2). Having reviewed the motion, good cause appearing, the Court **GRANTS** the County's motion and **STRIKES** exhibits A and B to the County's opposition to Plaintiff's motion for leave to file a second amended complaint (Doc Nos. 109-1 and 109-2). The Court further **ORDERS** the redacted exhibits filed as of the date of this order and accordingly

1. **DIRECTS** the Clerk of Court to file the redacted exhibits as separate entries on the
2. docket of the case.
3.     **IT IS SO ORDERED.**
4. Dated: December 1, 2020

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge