UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, A.B. AND JESSIE POLINSKY CHILDREN'S CENTER, SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY,<br><br>                        Defendants. | Case No.: 15cv1868-MMA- NLS<br><br>**ORDER GRANT JOINT MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>**[ECF No. 126]** |

      Before the Court is the parties' joint motion for an order extending the fact and discovery cutoffs in the current scheduling order (ECF No. 107) for 30 days. ECF No. 126. The parties assert they have been unable to schedule five depositions and Plaintiff's mental examination pursuant to Federal Rule of Civil Procedure 35 within the fact discovery deadline due to a health concern, but have agreed upon dates to permit the depositions and mental examination to take place by the end of March. *Id.* Accordingly, they request that the Court continue the fact discovery cutoff for 30 days for this limited

purpose, and grant a similar continuance as to the expert discovery deadlines. *Id.*

Good cause appearing, the Court **GRANTS** this request. The fact discovery cutoff date is extended to **March 26, 2021**, for the limited purpose of conduction Plaintiff's mental examination and conducting the five depositions outlined in the joint motion. The parties shall designate their respective experts in writing and comply with the disclosure provisions in Rule 26(a)(2)(B) and (C) and the Federal Rules of Civil Procedure by **April 23, 2021**. The parties shall exchange rebuttal experts and reports by **May 28, 2021**. All other dates in the scheduling order will remain the same.

In the motion, the parties bring up an additional issue as to when discovery disputes may be brought. The Court reinforces that discovery disputes may be brought for any discovery that was timely served under the Scheduling Order as long as the dispute is filed in compliance with the timing rules stated in the Judge Stormes Civil Case Procedures.

**IT IS SO ORDERED.**

Dated: February 17, 2021

Hon. Nita L. Stormes
United States Magistrate Judge