# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No.: 15-cv-1868-MMA (NLS) <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** <br><br> [Doc. No. 123] |

On January 20, 2021, Attorney Jeffrey G. Smith filed a motion for leave to withdraw as counsel for Plaintiff. The motion is unopposed to date. Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to update the docket of this action accordingly.

**IT IS SO ORDERED.**

Dated: February 26, 2021

HON. MICHAEL M. ANELLO
United States District Judge