UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, A.B. AND JESSIE POLINSKY CHILDREN'S CENTER, SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY,<br><br>    Defendants. | Case No.: 15cv1868-MMA- NLS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>**[ECF No. 135]** |

Before the Court is the parties' joint motion for an order extending certain deadlines in the current scheduling order. ECF No. 135. First, the parties request that the expert discovery deadline, date to file dispositive motions, and mandatory settlement conference date all be extended by approximately 30 days in order to give the parties sufficient time to complete expert discovery in light of a previously granted extension to other expert discovery dates. *Id.* at 4-5. Second, the parties request that fact discovery be extended for the limited purpose of permitting Defendant to subpoena and depose Dr. Dr.

1

Ellen Heyneman and Melissa Nefalar, LMFT, two treatment providers for Plaintiff whom Defendant did not learn about until March 10, 2021, after fact discovery closed. *Id.* at 5. Plaintiff does not oppose the request. *Id.* at 1.

Good cause appearing, the Court **GRANTS** the motion. Dates shall be extended as follows:

1. The fact discovery cutoff date is extended to **June 28, 2021**, for the limited purpose of subpoenaing and taking the depositions of Drs. Hayneman and Nefalar.
2. The expert discovery cutoff date is extended to **June 28, 2021**.
3. The deadline to file dispositive motions is extended to **July 28, 2021**.
4. The Mandatory Settlement Conference is continued to **October 6, 2021** at **10:00 a.m.** Confidential settlement briefs must be submitted by **September 29, 2021**.

**IT IS SO ORDERED.**

Dated: April 1, 2021

Hon. Nita L. Stormes
United States Magistrate Judge