UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER, on behalf of himself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, A.B. AND JESSIE POLINSKY CHILDREN'S CENTER, SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY,<br><br>                                    Defendants. | Case No.:  15cv1868-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINE FOR LIMITED PURPOSE**<br><br>**[ECF No. 139]** |

Before the Court is the parties' joint motion to extend the expert discovery cutoff from June 28, 2021, to September 30, 2021, for the limited purpose of taking the deposition of Dr. Emily Kierce.  ECF No. 139.  Dr. Kierce was unavailable for her previously scheduled deposition due to a family emergency.  *Id.*

//

//

Good cause appearing, the Court **GRANTS** the motion. The expert discovery cutoff is extended to **September 30, 2021**, for the limited purpose of conducting Dr. Kierce's deposition.

**IT IS SO ORDERED.**

Dated: June 30, 2021

Hon. Nita L. Stormes
United States Magistrate Judge