UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER,<br><br>                                      Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                      Defendants. | Case No.:  15cv1868-MMA-NLS<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE MINOR'S COMPROMISE PETITION** |

In a joint notice of settlement dated October 25, 2021, the parties informed the Court that a settlement has been reached. ECF No. 159. On October 28, 2021, upon the request of Magistrate Judge Stormes, the below Magistrate Judge was randomly assigned to handle the Minor's Compromise in this case. ECF No. 160. Because the case has settled, all pending dates, if any, are **VACATED**. Plaintiff is **ORDERED** to file, jointly or otherwise, a petition for approval of a Minor's Compromise on or before **December 10, 2021**.

**IT IS SO ORDERED**.

Dated:  November 5, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge