# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor by and through his Guardian Ad Litem, HELEN GARTER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 15-cv-1868-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 172] |

　　　　On March 1, 2022, Plaintiff D.C., a minor, by and through his Guardian ad Litem, Helen Garter, and Defendant County of San Diego filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(a). *See* Doc. No. 172. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorneys' fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

　　　　**IT IS SO ORDERED**.

Dated:  March 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　United States District Judge